**IN RE: Caliburger CAYMAN, Appellant**

**2016-1617**

United States Court of Appeals, Federal Circuit.

December 9, 2016

BRADLEY J. WALZ, Winthrop & Weinstine, P.A., Minneapolis, MN, argued for appellant.

BENJAMIN T. HICKMAN, Office of the Solicitor, United States Patent and Trade-

mark Office, Alexandria, VA, argued for appellee Michelle K. Lee. Also represented by NATHAN K. KELLEY, CHRISTINA HIEBER, THOMAS L. CASAGRANDE.

(Moore , Wallach, and Chen, Circuit Judges).

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**